ORIGINAL

# MOSKOWITZ & BOOK, LLP
### ATTORNEYS AT LAW

1372 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10018
(212) 221-7999
FAX: (212) 398-8835
E-MAIL: INFO@MOSKOWITZANDBOOK.COM

November 1, 2005

**VIA HAND DELIVERY & FILED ELECTRONICALLY**

Hon. Frederic Block
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> [Handwritten endorsement:] THE APPLICATION IS GRANTED. THE DEFENDANT SHALL PRESENT HIS LAPTOP TO PRETRIAL SERVICES SO THEY CAN INSTALL THE PROPER SOFTWARE. SO ORDERED [signature] USDJ 11/1/05

Re: United States v. Lawrence Gordon
    05 Cr. 199 (FB)

Dear Judge Block:

This firm represents defendant Lawrence Gordon in this case.

This letter is respectfully submitted on behalf of Mr. Gordon to request a modification of his bail conditions. Specifically, it is respectfully requested that Mr. Gordon's bail conditions be modified to allow him to take his laptop computer with him when traveling for business and to allow him to use that computer for his employment, provided that Pretrial Services first installs the appropriate monitoring software on the computer.

We have communicated with AUSA Sean Casey and he has advised us that the Government has no objection to this request. We have also communicated with Pretrial Services Officer Roman, who has also informed us that Pretrial Services has no objection to this request.

If the Court is willing to modify the bail conditions as outlined above, please return an endorsed copy of this letter to me via facsimile as soon as possible so that the necessary arrangements may be made to install the monitoring software.

Respectfully submitted,

[signature]
Avraham C. Moskowitz

ACM:bgb
cc: AUSA Sean Casey (by fax)